IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Shekinah B-G.,

    Plaintiff,

v.

Frank Bisignano, Commissioner,
Social Security Administration,

    Defendant.

Civil Action No.: 3:24-cv-01046-HL

ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b)

IT IS HEREBY ORDERED pursuant to 42 U.S.C. § 406(b), that an attorney fee in the amount of $26,150.50 be awarded to Plaintiff's counsel, pursuant to Section 206(b)(1) of the Social Security Act, 42 USC 406(b)(1). After credit is taken for EAJA fees paid in the amount of $8,000.00, the net amount of the fee due Plaintiff's counsel is $18,150.50.

IT IS SO ORDERED:

Date: January 23rd, 2026

_____
Magistrate Judge Andrew D. Hallman